**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |  |
|---|---|---|
| GEMINI TECH SERVICES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 25-1337 C |
| v. | ) ) | Judge _____ |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## **PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Paragraph 4 of Appendix C to the Rules of the United States Court of Federal Claims, Gemini Tech Services, LLC ("Gemini") respectfully moves for leave to file its Complaint under seal. Gemini will file a proposed redacted version of the Complaint with the Court.

The Complaint contains protected material obtained under a protective order issued by the U.S. Government Accountability Office; that order requires Gemini to file the Complaint under seal. The Complaint also contains information that is or may be considered to be source selection sensitive, confidential, or proprietary, the release of which may cause competitive harm.

For these reasons, Gemini respectfully requests that the Court grant this motion.

DATED: August 11, 2025

Respectfully submitted,

s/Jason A. Carey
JASON A. CAREY
*Counsel of Record*

*Of Counsel*:

Kayleigh M. Scalzo
J. Hunter Bennett
Jennifer K. Bentley
Evan Matsuda
Ethan Syster

Covington & Burling LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-5186
Fax: (202) 778-5186
Email: jcarey@cov.com

*Counsel for Gemini Tech Services, LLC*