**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |
|---|---|
| GEMINI TECH SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 25-1337 C |
|  | ) Judge _____ |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Paragraph 17 of Appendix C to the Rules of the United States Court of Federal Claims, Gemini Tech Services, LLC ("Gemini") respectfully requests that the Court enter a Protective Order in this case.

The Complaint contains protected material obtained under a protective order issued by the U.S. Government Accountability Office ("GAO"); that order requires Gemini to file the Complaint under seal. The Complaint also contains information that is or may be considered to be source selection sensitive, confidential, or proprietary, the release of which may cause competitive harm. Further, Gemini anticipates that subsequent filings and hearing transcripts will include similarly competition-sensitive information that is covered by the GAO protective order or otherwise warrants a protective order issued by the Court.

For these reasons, Gemini respectfully requests that the Court grant this motion.

Because the filings in the matter contains material covered by GAO's protective order, Gemini will confer with the other parties to the GAO protest regarding redacted versions of

relevant documents, and will file agreed-upon redacted versions with the Court as soon as practicable.

DATED: August 11, 2025

Respectfully submitted,

s/Jason A. Carey
JASON A. CAREY
*Counsel of Record*

*Of Counsel*:

Kayleigh M. Scalzo
J. Hunter Bennett
Jennifer K. Bentley
Evan Matsuda
Ethan Syster

Covington & Burling LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-5186
Fax: (202) 778-5186
Email: jcarey@cov.com

*Counsel for Gemini Tech Services, LLC*