**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| GEMINI TECH SERVICES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | Case No. 25-1337 C <br><br> Judge _____ |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Gemini Tech Services, LLC, states that it is a privately owned corporation and that it is not owned by any parent corporation.

DATED: August 11, 2025

Respectfully submitted,

s/Jason A. Carey
JASON A. CAREY
*Counsel of Record*

*Of Counsel*:

Kayleigh M. Scalzo
J. Hunter Bennett
Jennifer K. Bentley
Evan Matsuda
Ethan Syster

Covington & Burling LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-5186
Fax: (202) 778-5186
Email: jcarey@cov.com

*Counsel for Gemini Tech Services, LLC*