# THE UNITED STATES COURT OF FEDERAL CLAIMS
# (BID PROTEST)

| | |
|---|---|
| GEMINI TECH SERVICES, LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 25-cv-01337-EJD |
| THE UNITED STATES OF AMERICA, | ) |
| *Defendant.* | ) Judge Edward J. Damich |
| v. | ) |
| ACQUISITION LOGISTICS LLC, | ) |
| *Defendant-Intervenor* | ) |

## MOTION TO INTERVENE PURSUANT TO RCFC 24(a)(2)

Pursuant to Rule 24(a)(2) of the Rules of the United States Court of Federal Claims (RCFC), Acquisition Logistics LLC, by and through undersigned counsel, respectfully moves to intervene in the above-captioned case. Counsel for Acquisition Logistics conferred with counsel for the Department of Justice and Plaintiff, Gemini Tech Services, LLC. Counsel for both parties has represented that they do not oppose this motion.

Under RCFC 24(a)(2), a party is permitted to intervene as of right if the party "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Furthermore, pursuant to RCFC Appendix C, ¶ 12, provides that "[t]he apparently successful bidder/offeror may enter a notice of appearance at any hearing on the application for a temporary restraining

1

order/preliminary injunction if it . . . has moved to intervene [pursuant to RCFC 24(a)(2) before the hearing."

On July 28, 2025, Gemini protested at the Government Accountability Office (GAO) the award of a $1.2 billion task order to Defendant-Intervenor, Acquisition Logistics LLC, which was awarded pursuant to the Worldwide Expeditionary Multiple Award Contract ("WEXMAC") 2.0 indefinite-delivery, indefinite-quantity (IDIQ) contract. Several days later, on July 31, 2025, the Department of the Army filed a notice with the GAO pursuant to FAR 33.104(c)(3) that it issued an override of the automatic stay provided by the Competition in Contract Act (CICA). *See generally* 31 U.S.C. § 3553.

Since the Army's notice of overriding the CICA stay of contract performance, Gemini has since filed a Complaint and Motion for Preliminary Injunction in this Court challenging the Army's override decision. As the awardee of the relevant task order (No. W911SE-2372) which Gemini seeks to challenge, Acquisition Logistics has an interest relating to the transaction that is the subject of this action, *i.e.*, the continued performance of its contract during the time in which GAO reviews the protest and issues its decision. If the Court were to reject the Army's override decision, that would harm Acquisition Logistics' interest if the company is not able to immediately proceed with contract performance. *See* RCFC 24(a)(2). Acquisition Logistics' interest are distinct from the Government's interest and there is therefore no existing party that adequately represents the interests of Acquisition Logistics. As a result, Acquisition Logistics respectfully requests that the Court grant this motion to intervene.

Dated: August 12, 2025                                   Respectfully submitted,

                                                            /s/ Kevin P. Connelly
                                                            Kevin P. Connelly
                                                            Lead Counsel, Attorney of Record

Vedder Price P.C.
1401 New York Ave. NW, Suite 500
Washington, DC 20005
(202) 312-3338 (phone)
(202) 312-3322 (fax)
kconnelly@vedderprice.com

Kelly E. Buroker, Attorney of Record
Vedder Price P.C.
New York Ave. NW, Suite 500
Washington, DC 20005
(202) 312-3339 (phone)
(202) 312-3322 (fax)
kburoker@vedderprice.com

Jeffrey M. Lowry, Attorney of Record
Vedder Price P.C.
1401 New York Ave. NW, Suite 500
Washington, DC 20005
(202) 312-3034 (phone)
(202) 312-3322 (fax)
jlowry@vedderprice.com

*Counsel for Defendant-Intervenor,
Acquisition Logistics LLC*

Of counsel:

Michael P. Ols
Vedder Price P.C.
1401 New York Ave. NW, Suite 500
Washington, DC 20005
(202) 312-3018 (phone)
(202) 312-3322 (fax)
mols@vedderprice.com

| | |
|---|---|
| GEMINI TECH SERVICES, LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 25-cv-01337-EJD |
| THE UNITED STATES OF AMERICA, | ) |
| *Defendant.* | ) Judge Edward J. Damich |
| v. | ) |
| ACQUISITION LOGISTICS, LLC, | ) |
| *Defendant-Intervenor* | ) |

# **[PROPOSED] ORDER**

Pursuant to Rule 24(a)(2) of the Rules of the Court of Federal Claims, the Court GRANTS the motion of Acquisition Logistics, LLC to intervene as defendant-intervenor in the above-captioned case.