# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| GEMINI TECH SERVICES, LLC, | ) |
| *Plaintiff,* | ) Case No. 25-cv-01337-EJD |
| v, | ) Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) |
| *Defendant,* | ) |
| v. | ) |
| ACQUISITION LOGISTICS LLC, | ) |
| *Defendant-Intervenor.* | ) |

## PLAINTIFF'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Defendant-Intervenor, Acquisition Logistics LLC, is a limited liability company formed in Virginia. Acquisition Logistics has no parent company and no publicly held corporation directly or indirectly owns 10% or more of Acquisition Logistics' stock.

Dated: August 12, 2025                         Respectfully submitted,

/s/ Kevin P. Connelly
Kevin P. Connelly Attorney of Record
Vedder Price P.C.
1401 New York Ave. NW, Suite 500
Washington, DC 20005
(202) 312-3338 (phone)
(202) 312-3322 (fax)
kconnelly@vedderprice.com

Kelly E. Buroker, Attorney of Record
Vedder Price P.C.
New York Ave. NW, Suite 500
Washington, DC 20005
(202) 312-3339 (phone)
(202) 312-3322 (fax)
kburoker@vedderprice.com

Jeffrey M. Lowry, Attorney of Record
Vedder Price P.C.
1401 New York Ave. NW, Suite 500
Washington, DC 20005
(202) 312-3034 (phone)
(202) 312-3322 (fax)
jlowry@vedderprice.com

*Counsel for Defendant-Intervenor, Acquisition Logistics LLC*

Of Counsel:

Michael P. Ols
Vedder Price P.C.
1401 New York Avenue, NW; Suite 500
Washington, DC 20005
(202) 312-3018 (phone)
(202) 312-3322 (fax)
mols@vedderprice.com