# In the United States Court of Federal Claims

No. 25-1337C
(Filed: August 13, 2025)

```
*************************************
                                    *
GEMINI TECH SERVICES, LLC,          *
                                    *
              Plaintiff,            *
                                    *
    v.                              *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant,            *
                                    *
And                                 *
                                    *
ACQUISITION LOGISTICS LLC,          *
                                    *
              Defendant-Intervenor. *
                                    *
*************************************
```

## ORDER

The Court hereby **ORDERS:**

1. The Government and Intervenor shall file their respective responses to Plaintiff's Motion for a Preliminary Injunction, ECF No. 5, on or before August 20, 2025.

2. Plaintiff shall file its reply on or before August 22, 2025.

3. Oral argument regarding Plaintiff's Motion for a Preliminary Injunction will be held via telephone on August 28, 2025, at 11:00 a.m. EST.

**IT IS SO ORDERED.**

s/Edward J. Damich
EDWARD J. DAMICH
Senior Judge