# In the United States Court of Federal Claims

No. 25-1337C
(Filed: August 13, 2025)

```
*************************************
                                    *
GEMINI TECH SERVICES, LLC,          *
                                    *
            Plaintiff,              *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant,              *
                                    *
And                                 *
                                    *
ACQUISITION LOGISTICS LLC,          *
                                    *
            Defendant-Intervenor.   *
                                    *
*************************************
```

## ORDER

The Court hereby **GRANTS** Plaintiff's Motion to Seal the Complaint. Plaintiff shall file the redacted complaint within 2 days from the date of this Order.

**IT IS SO ORDERED.**

s/Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge