# In the United States Court of Federal Claims

No. 25-1337C
(Filed: August 15, 2025)

```
*************************************
                                    *
GEMINI TECH SERVICES, LLC,          *
                                    *
          Plaintiff,                *
                                    *
     v.                             *
                                    *
THE UNITED STATES,                  *
                                    *
          Defendant,                *
                                    *
And                                 *
                                    *
ACQUISITION LOGISTICS LLC,          *
                                    *
          Defendant-Intervenor.     *
                                    *
*************************************
```

## ORDER

The Court hereby **GRANTS** the following Applications for Access to Protected Material: ECF Nos. 18, 19, 20, 21, 23, 24, 25, 26, 27, 28.

**IT IS SO ORDERED.**

s/Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge