IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

|  |  |
|---|---|
| GEMINI TECH SERVICES, LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE UNITED STATES  )<br>  )<br>Defendant,  )<br>  )<br>and  )<br>  )<br>ACQUISITION LOGISTICS LLC,  )<br>  )<br>Defendant-Intervenor.  )<br>  ) | Case No. 25-cv-01337-EJD<br><br>Judge Edward J. Damich |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME

Plaintiff, Gemini Tech Services, LLC ("Gemini"), respectfully moves for leave to file its redacted Complaint out of time.

Gemini filed its Complaint in this matter under seal on August 11, 2025. Because the Complaint contained protected material obtained under a protective order issued by the U.S. Government Accountability Office ("GAO"), Gemini simultaneously filed a Motion for Protective Order and Motion for Leave to File Under Seal in this Court. For the same reason, Gemini needed to confer with the other parties before filing a public version of the Complaint.

On August 13, 2025, this Court entered a Protective Order and granted Gemini's Motion to Seal the Complaint. In its Order granting Gemini's Motion to Seal, ECF No. 15, the Court ordered Gemini to file the redacted Complaint within 2 days from the date of the Order. Counsel did not see that aspect of the Court's order and apologizes to the Court for the oversight. Gemini therefore files this motion for leave to file the redacted Complaint out of time.

Gemini respectfully submits that there is good cause to allow the redacted Complaint to be filed out of time. No party would be prejudiced by the late filing of Gemini's redacted Complaint, because counsel for all parties were previously omitted to the Court's Protective Order and received access to the full Complaint filed under seal. Further, filing of the redacted Complaint out of time promotes the interest of the public in access to judicial proceedings and court records.

For these reasons, Gemini respectfully requests that the Court grant its Motion and accept the redacted Complaint out of time.

DATED:  August 19, 2025

Respectfully submitted,

s/Jason A. Carey
JASON A. CAREY
*Counsel of Record*

Covington & Burling LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-5186
Fax: (202) 778-5186
Email: jcarey@cov.com

*Counsel for Gemini Tech Services, LLC*