# In the United States Court of Federal Claims

No. 25-1337C
(Filed: August 19, 2025)

```
*************************************
                                    *
GEMINI TECH SERVICES, LLC,          *
                                    *
            Plaintiff,              *
                                    *
     v.                             *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant,              *
                                    *
And                                 *
                                    *
ACQUISITION LOGISTICS LLC,          *
                                    *
            Defendant-Intervenor.   *
                                    *
*************************************
```

## ORDER

Pending is Plaintiff's Motion for Leave to File the Redacted Complaint Out of Time. ECF No. 31. For good cause shown, the Court hereby **GRANTS** the Motion. Plaintiff shall file the Redacted Complaint on August 19, 2025.

**IT IS SO ORDERED.**

s/Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge