IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

|  |  |
|---|---|
| GEMINI TECH SERVICES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> ACQUISITION LOGISTICS LLC, ) <br> ) <br> Defendant-Intervenor. ) | Case No. 25-cv-01337-EJD <br><br> Judge Edward J. Damich |

**NOTICE OF WITHDRAWAL OF**
**PROTECTIVE ORDER APPLICATION FOR ETHAN SYSTER**

Plaintiff Gemini Tech Services, LLC hereby withdraws the application for access to protected material filed by Ethan Syster under the Court's Protective Order in this protest (ECF No. 28). Mr. Syster left Covington & Burling LLP on September 3, 2025.

DATED: September 4, 2025

Respectfully submitted,

s/Jason A. Carey
JASON A. CAREY
*Counsel of Record*

Covington & Burling LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001
Telephone: (202) 662-5186
Fax: (202) 778-5186
Email: jcarey@cov.com
*Counsel for Gemini Tech Services, LLC*