# In the United States Court of Federal Claims

No. 25-1337 C

Filed: September 8, 2025

```
*************************************
GEMINI TECH SOLUTIONS, LLC,      *
        Plaintiff,               *
                                 *
    v.                           *        JUDGMENT
                                 *
THE UNITED STATES,               *
        Defendant,               *
                                 *
    and                          *
                                 *
ACQUISITION LOGISTICS, LLC,      *
        Defendant-Intervenor.    *
*************************************
```

Pursuant to the court's Opinion and Order, filed September 8, 2025, and the Order, filed on August 28, 2025, denying plaintiff's motion for preliminary injunction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that complaint is dismissed.

          Lisa L. Reyes
          Clerk of Court

By:   s/ Ashley Reams
      Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals filing fee is $605.00.